918

No. 71–686. BLANKENSHIP, ATTORNEY GENERAL OF OKLAHOMA, ET AL. *v.* OKLAHOMA EX REL. WILSON. C. A. 10th Cir. Certiorari denied.

No. 71–687. SILVA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 71–688. LaDUCA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–689. PENNSYLVANIA ET AL. *v.* BAKER ET AL., TRUSTEES IN REORGANIZATION. C. A. 3d Cir. Certiorari denied.

No. 71–690. ANDERSON ET UX. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–693. REYNOLDS ET AL. *v.* TEXAS GULF SULPHUR Co. ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–694. LOUISIANA STATE DEPARTMENT OF HIGHWAYS *v.* DARDAR ET AL. C. A. 5th Cir. Certiorari denied.

No. 71–695. SILVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–696. UTICA SQUARE NATIONAL BANK OF TULSA *v.* WOODSON, TRUSTEE. C. A. 10th Cir. Certiorari denied.

No. 71–698. EVANS *v.* DEPARTMENT OF TRANSPORTATION. C. A. 5th Cir. Certiorari denied.

No. 71–699. PONDER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.